UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL BEN GRAVES, | ) | Case No. CV 15-7828-PSG (JEM) |
| Plaintiff, | ) | |
| | ) | **J U D G M E N T** |
| v. | ) | |
| CALIFORNIA STATE JUDGES, et al., | ) | |
| Defendants. | ) | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED:   10/26/16

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE